IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN T. ROMERO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. BANK, N.A., et al.,<br><br>    Defendants. | Case No.   16-cv-02286-MMC<br><br>**ORDER DIRECTING DEFENDANT TO PROVIDE CHAMBERS COPY OF NOTICE OF REMOVAL** |

    On April 29, 2016, the above-titled action was reassigned to the undersigned.

    To facilitate the Court's review of the case, defendant U.S. Bank National Association is hereby DIRECTED to submit forthwith a chambers copy of the notice of removal filed April 27, 2016.

    **IT IS SO ORDERED.**

Dated: May 6, 2016

                                      MAXINE M. CHESNEY
                                      United States District Judge