IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN T. ROMERO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-02286-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS** |

Before the Court is defendant U.S. Bank National Association's "Motion to Dismiss Complaint for Failure to State a Claim," filed May 4, 2016.  Plaintiff Janeth Romero has filed opposition, to which defendant has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for June 10, 2016.

**IT IS SO ORDERED.**

Dated: June 7, 2016

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge