IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN T. ROMERO and JANETH M. ROMERO,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. BANK, N.A., et al.,<br><br>    Defendants. | Case No. 16-cv-02286-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT OLD REPUBLIC'S MOTION TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE** |

    Before the Court is defendant Old Republic Default Management Services' ("Old Republic") "Motion to Dismiss Complaint," filed June 13, 2016.  Plaintiff Janeth M. Romero has filed opposition, to which Old Republic has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for July 22, 2016.

    Additionally, in light of the pendency of Old Republic's motion, as well as the pendency of the motion to dismiss filed by defendant U.S. Bank, the Court hereby CONTINUES the Case Management Conference from July 29, 2016, to October 21, 2016, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than October 14, 2016.

    **IT IS SO ORDERED.**

Dated:  July 18, 2016

MAXINE M. CHESNEY
United States District Judge