IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| EFREN T. ROMERO, et al., | Case No. 16-cv-02286-MMC |
|---|---|
| Plaintiffs, | **THIRD ORDER DIRECTING PLAINTIFF JANETH M. ROMERO TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH THE CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS; ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NO BE IMPOSED** |
| v. | |
| U.S. BANK, N.A., et al., | |
| Defendants. | |

On September 8, 2016, plaintiff Janeth M. Romero electronically filed two documents: (1) opposition to defendant U.S. Bank, N.A.'s motion to dismiss and request for judicial notice; and (2) opposition to defendant Old Republic National Title Insurance Company's motion to dismiss and request for judicial notice. In each instance, plaintiff has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.

The Court has previously advised plaintiff, twice, of her failure to comply with the Civil Local Rules of this District and the Court's Standing Orders in connection with earlier-filed documents. (See Order, filed May 26, 2016; Order, filed August 22, 2016.) Said reminders appear to have had no effect on compelling compliance therewith.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than September 28, 2016, why the Court should not impose sanctions on plaintiff and/or her counsel.

**IT IS SO ORDERED.**

Dated: September 14, 2016

MAXINE M. CHESNEY
United States District Judge