IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN T. ROMERO and JANETH M. ROMERO,<br><br>   Plaintiffs,<br><br>   v.<br><br>U.S. BANK, N.A., et al.,<br><br>   Defendants. | Case No. 16-cv-02286-MMC<br><br>**ORDER VACATING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS** |

Before the Court are two motions: (1) defendant Old Republic National Title Insurance Company's ("Old Republic") "Motion to Dismiss the First Amended Complaint," filed August 25, 2016, and noticed for hearing on September 30, 2016; and (2) defendant U.S. Bank National Association's ("U.S. Bank") "Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim," filed August 25, 2016, and noticed for hearing on October 14, 2016. Plaintiff Janeth M. Romero has filed opposition to each motion,[1] to which Old Republic and U.S. Bank have separately replied.

Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision on the parties' respective

---

[1] As set forth in the Court's order of July 20, 2016, plaintiff Efren T. Romero is deceased.

written submissions, and hereby VACATES the hearings scheduled for, respectively, September 30, 2016,[2] and October 14, 2016.

**IT IS SO ORDERED.**

Dated: September 26, 2016

MAXINE M. CHESNEY
United States District Judge

---

[2] In light thereof, the separate motions by Old Republic and Janeth M. Romero for leave to telephonically appear on September 30, 2016, are hereby DENIED as moot. For future reference, the parties are advised that the Court does not conduct hearings on contested motions by telephone.