IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EFREN T. ROMERO, et al.,

    Plaintiffs,

    v.

U.S. BANK, N.A., et al.,

    Defendants.

Case No. 16-cv-02286-MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On September 14, 2016, the Court directed plaintiff Janeth M. Romero to show cause why sanctions should not be imposed for her failure to comply with the Local Rules of this District and the Court's Standing Orders by repeatedly failing to provide chambers copies of electronically filed documents.

Before the Court is plaintiff's response, filed September 28, 2016, in which counsel for plaintiff explains the procedure by which the firm endeavors to have chambers copies delivered by a third party, specifically, DDS Legal, states he is unaware why chambers copies of the documents identified by the Court were not delivered, and indicates he has checked the firm's procedures to make sure the third party receives the requisite paperwork to ensure the Court will receive a chambers copy of documents filed in the future.

Under the circumstances, the Court finds imposition of sanctions is not warranted, and, consequently, hereby DISCHARGES the order to show cause.

**IT IS SO ORDERED.**

Dated: October 4, 2016

MAXINE M. CHESNEY
United States District Judge