UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN T. ROMERO, et al.,<br><br>        Plaintiffs.<br><br>   v.<br><br>U.S. BANK, N.A., et al.,<br><br>        Defendants. | Case No. 3:16-cv-02286-MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Defendants' motions to dismiss are hereby GRANTED, and the above-titled action is hereby DISMISSED.

Dated: 10/7/2016

                                    Susan Y. Soong, Clerk

                                    By: Dawn Logan
                                    Deputy Clerk